IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-10337
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus


JOE WESLEY CROSSLIN,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:96-CR-131-A-1
- - - - - - - - - -
December 11, 1997
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Joe Wesley Crosslin appeals his conviction and sentence for distribution of cocaine base.  He argues that the district court abused its discretion in allowing an unduly suggestive in-court identification and by imposing a fine beyond his ability to pay. The district court did not commit reversible error in allowing the in-court identification.  *Chapman v. California*, 386 U.S. 18, 24-25

---

     [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

(1967); *United States v. Rogers*, __ F.3d __ (5th Cir. October 17, 1997, No. 96-31113), 1997 WL 641543 at *3.  The sentencing judge did not err by imposing the fine.  *United States v. Altamirano*, 11 F.3d 52, 53 (5th Cir. 1993).

AFFIRMED.